UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22694-JB

BRIDLINGTON BUD LTD,
   Plaintiff,
     v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A"
   Defendants.
_____/

### ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

**THIS CAUSE** is before the Court on Plaintiff's Notices of Voluntary Dismissal with Prejudice only as to Defendants Number 9 and 26. ECF No. [23]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and Defendants Number 9, Gongdaozhou Clothing, and Number 26, ShanXiYiKongKeJi. *See* ECF No. [23] at p.1. The Clerk is directed to **TERMINATE** the Defendants Number 9, and Number 26, from this case.

**DONE AND ORDERED** in Miami, Florida, this 29th day of September, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**